UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of Legisi Marketing, Inc., et al.,

    Plaintiff,

v.

WILLIAM BANGHAM,

    Defendant.
_____/

Case No. 12-15193

Hon. George Caram Steeh

## DEFAULT JUDGMENT

This matter came before the Court on Plaintiff's Motion for Entry of Default Judgment. The Court is fully advised and orders and adjudges as follows:

1.    Judgment is hereby entered in favor of Plaintiff, Robert D. Gordon, as the Receiver of Legisi Holdings, LLC, et al., and against Defendant William Bangham, in the amount of $21,347.59, plus costs in the amount of $350, for a total judgment of $21,697.59.

2.    This Default Judgment disposes of all the claims of all the parties, is a final judgment, and closes the case.

SO ORDERED.

_____
United States District Judge

Dated: March 26, 2013